NUMBER 13-00-703-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


SANIA HARVEY
, Appellant,


v.



ROSE POWER
, Appellee.

____________________________________________________________________


On appeal from the County Court at Law No. 3 


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Dorsey and Rodriguez


Opinion Per Curiam


 Appellant, SANIA HARVEY, perfected an appeal from a judgment
entered by the County Court at Law No. 3 of Nueces County, Texas, in
cause number 99-60447-3. After the record was filed, appellant filed a
motion to dismiss the appeal. In the motion, appellant states that this case
has been resolved and appellant no longer wishes to prosecute this appeal. 
Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's
motion to dismiss the appeal, is of the opinion that the motion should be
granted. Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 28th day of December, 2000.